EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T, NAKAKUNI #2286
Chief, Narcotics Section

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERIC COLLIER,          (01)  ) <br>      and                ) <br> ) <br> SHAYNE M. CRISOLO,     (02)  ) <br> ) <br> Defendants. ) <br> _____) | CR. NO. 03-CR03 00355 HG <br><br> INDICTMENT <br><br> [21 U.S.C. §§ 841(a)(1); <br> 841(b)(1)(A); 18 U.S.C. § 2] |

INDICTMENT

The Grand Jury charges that:

On or about July 3, 2003, in the District of Hawaii, Defendants ERIC COLLIER and SHAYNE M. CRISOLO, did knowingly and intentionally aid and abet each other in attempting to possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its


SEALED
BY ORDER OF THE COURT

salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: July 10, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI
Chief, Narcotics Section

CONSTANCE A. HASSELL
Assistant U.S. Attorney

UNITED STATES vs. Eric Collier and Shayne M. Crisolo
Cr. No. _____
"Indictment"