UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>SHAYNE M. CRISOLO,<br><br>Defendant - Appellant. | No. 04-10317<br>D.C. No. CR-03-00355-02-HG<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 12 2005

at 12 o'clock and 08 min P M
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REMANDED**.

Filed and entered 08/15/05

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

SEP 2005

by
Deputy Clerk

**NOT FOR PUBLICATION**

FILED

AUG 15 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 04-10317 |
| Plaintiff - Appellee, | D.C. No. CR-03-00355-02-HG |
| v. | |
| SHAYNE M. CRISOLO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted August 1, 2005**

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges

Shayne Crisolo appeals his sentence imposed after his guilty plea to aiding and abetting the attempted possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. He contends

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

\*\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

that the district court erred in refusing to depart downward from the United States Sentencing Guidelines for sentencing disparity.

Crisolo was sentenced before the Supreme Court held that the Sentencing Guidelines were effectively advisory. *See United States v. Booker*, 125 S. Ct. 738, 764 (2005). The discretionary denial of a downward departure under the pre-*Booker* mandatory Guidelines is unreviewable. *See United States v. Linn*, 362 F.3d 1261, 1262 (9th Cir. 2004) (per curiam). Nonetheless, the record does not show how the district court would have proceeded had it known that the Guidelines were not mandatory. Accordingly, we remand for the district court to answer the question whether the sentence would have been materially different if it had known that the Guidelines were advisory and for further proceedings under *United States v. Ameline*, 409 F.3d 1073, 1084-85 (9th Cir. 2005) (en banc). *See United States v. Moreno-Hernandez*, No. 03-30387, slip op. 7773, 7793-94 (9th Cir. July 5, 2005) (amended opinion).

**REMANDED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
SEP - 7 2005
by
Deputy Clerk

2