**ORIGINAL**

SHAWN A. LUIZ 6855
810 Richards Street
City Center, Suite 800
Honolulu, Hawaii 96813
Telephone: (808) 538-0500
Facsimile:   (808) 538-0600
attorneyLuiz@msn.com

Attorney for Defendant
SHAYNE M. CRISOLO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 6 2006

at 3 o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 03-00355 HG 02 |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | On Limited Remand from the Ninth |
| SHAYNE M. CRISOLO, ) | Circuit Court of Appeals; |
| ) | Honorable Helen Gillmor, |
| Defendant. ) | United States District Judge, |
| ) | Presiding |

NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant SHAYNE

M. CRISOLO, by and through counsel, Shawn A. Luiz, hereby appeals to the

United States Court of Appeals from the Order declining to re- sentence SHAYNE

M. CRISOLO entered by the Honorable Helen Gillmor on May 18, 2006.

1

Dated: Honolulu, Hawaii, May 26, 2006

SHAWN A. LUIZ

Attorney for Defendant
SHAYNE M. CRISOLO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00355 HG 02 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | On Limited Remand from the Ninth |
| | ) | Circuit Court of Appeals; |
| SHAYNE M. CRISOLO, | ) | Honorable Helen Gillmor, |
| | ) | United States District Judge, |
| Defendant. | ) | Presiding |
| | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

IT IS HEREBY certified that a true copy of the foregoing was served upon USA, by U.S. mail or hand delivery on Honolulu, Hawaii, May 26, 2006, addressed as follows:

    Michael K. Kawahara, Esq.
    Assistant U.S. Attorney
    U.S. Attorney's Office
    Room 6100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850

Dated: Honolulu, Hawaii, May 26, 2006

                                                          SHAWN A. LUIZ

                                                          Attorney for Defendant
                                                          SHAYNE M. CRISOLO