# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: January 17, 2007

To: United States Court of Appeals    Attn: ( )    Civil
      For the Ninth Circuit
      Office of the Clerk                  (✓)    Criminal
      95 Seventh Street
      San Francisco, California 94103    ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CR 03-00355HG      Appeal No:    06-10349

Short Title:    USA vs. Crisolo

RECEIVED CLERK, U.S. DISTRICT COURT FEB 1 2 2007 DISTRICT OF HAWAII

| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| --- | --- | --- |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 4 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #63, 65, 69, 71

Acknowledgment: _____S. DAVIS_____ Date: _____

FILED JAN 23 2007 CATHY A. CATTERSON, U.S. COURT OF APPEALS CLERK

cc: all parties of record